IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRANDON M. JUMPER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-2011-E-BW |
| | § | |
| YENDO INC., | § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be dismissed for failure to serve the defendant and for failure to prosecute.

**SO ORDERED** this 10th day of December, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE